UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUIANA LOVETT, 779728

    Petitioner,

CASE NO. 4:13-cv-12819

v.

HON. MARK GOLDSMITH

MILLICENT WARREN,

MAG. LAURIE MICHELSON

    Respondent.

_____

**Order Granting Respondent's Ex Parte Motion
For Leave to File Exhibit In The Traditional Manner**

Respondent seeks the Court's leave to file a video of a police interview in the traditional manner because the recording cannot be authentically converted to electronic format. Pursuant to Rule 18(c) of the Electronic Filing Policies and Procedures, a party may file an exhibit in the traditional manner if the exhibit is a physical object that cannot authentically be converted to PDF format. The Court agrees that the video recordings cannot be authentically converted to electronic form as required by Rule 18(a). Therefore, the motion will be granted.

Accordingly, it is **ORDERED** that Respondent's ex parte motion for leave to file an exhibit in the traditional manner [insert docket #, e.g., (ECF No. x)] is **GRANTED**.

It is further **ORDERED** that Respondent must file the exhibit in the traditional manner with the Clerk of the Court and deliver the Judge's copy to chambers.

Dated: January 22, 2014　　　　　　　s/Mark A. Goldsmith
　　　　Flint, Michigan　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 22, 2014.

　　　　　　　　　　　　　　　　　　　s/Deborah J. Goltz
　　　　　　　　　　　　　　　　　　　DEBORAH J. GOLTZ
　　　　　　　　　　　　　　　　　　　Case Manager